UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James D. Logan,                                                  Civil No. 13-3212 (JNE/JJG)

      Petitioner,

v.                                                                              ORDER

Warden Nickerenz,

      Respondent.

This case is before the Court on a Report and Recommendation issued by the Honorable Jeanne J. Graham, United States Magistrate Judge, on January 14, 2014. The magistrate judge recommended that this matter be dismissed without prejudice. Plaintiff did not object. The Court has reviewed the record and adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

    1.    This case is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  February 12, 2014

                                                        s/Joan N. Ericksen
                                                        JOAN N. ERICKSEN
                                                        United States District Judge